IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRADY STEVEN BATES                                                              PLAINTIFF

v.                                    Civil No. 5:16-cv-05240

DEPUTY R. MARSH; and
CORPORAL S. SMITH                                                               DEFENDANTS

## OPINION AND ORDER

Plaintiff filed this civil rights action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis.*

When he filed this case, Plaintiff was incarcerated in the Washington County Detention Center. Plaintiff was advised that he was required to immediately notify the Court of any change in his address (ECF No. 3). Further, he was warned that failure to inform the Court of a change in his address would subject the case to dismissal.

On August 9, 2017, mail was returned as undeliverable with the notation "no longer at this facility." The Court has no other address for the Plaintiff. Plaintiff has not communicated with the Court in anyway. The Court has not had a valid address for the Plaintiff since August 2017.

This case is **DISMISSED WITHOUT PREJUDICE** based on the Plaintiff's failure to prosecute this case and his failure to keep the Court informed of his current address. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED on this 5th day of January 2018.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE